UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>    William A Maisonet, Sr.<br>    Isaly E Maisonet<br>           Debtor(s) | Case No. 15 B 07276 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/02/2015.

2) The plan was confirmed on 07/22/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Converted on 12/21/2015.

6) Number of months from filing to last payment: 9.

7) Number of months case was pending: 15.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $20,312.02 |
| Less amount refunded to debtor | $5,919.30 |

**NET RECEIPTS:** $14,392.72

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $489.25 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,489.25

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Arnold Scott Harris PC | Unsecured | 244.00 | NA | NA | 0.00 | 0.00 |
| ARS National Services | Unsecured | 1,975.03 | NA | NA | 0.00 | 0.00 |
| AT&T Mobility II LLC | Unsecured | 508.29 | 468.10 | 468.10 | 0.00 | 0.00 |
| ATG Credit LLC | Unsecured | 17.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 307.11 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 1,551.14 | NA | NA | 0.00 | 0.00 |
| Cavalry SPV I LLC | Unsecured | 1,658.00 | 1,658.82 | 1,658.82 | 0.00 | 0.00 |
| Cavalry SPV I LLC | Unsecured | 320.00 | 320.80 | 320.80 | 0.00 | 0.00 |
| Cavalry SPV I LLC Assignee of Capital O | Unsecured | 895.00 | 895.78 | 895.78 | 0.00 | 0.00 |
| Central Dupage Hospital | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Chicago Health Medical | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| City of Berwyn | Unsecured | 2,219.82 | NA | NA | 0.00 | 0.00 |
| City of Chicago | Unsecured | 320.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 444.00 | 460.40 | 460.40 | 0.00 | 0.00 |
| Cmre Financial Services Inc | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| credit one bank | Unsecured | 933.64 | NA | NA | 0.00 | 0.00 |
| Cristina Co, D.D.S. | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |
| Devon Bank | Unsecured | 3,700.00 | NA | NA | 0.00 | 0.00 |
| ECast Settlement Corp | Unsecured | 5,198.00 | 5,198.54 | 5,198.54 | 0.00 | 0.00 |
| ECast Settlement Corp | Unsecured | 2,010.00 | 1,975.03 | 1,975.03 | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Genesis Clinical Labs | Unsecured | 19.55 | NA | NA | 0.00 | 0.00 |
| Healthcare Associates Credit Union | Unsecured | 4,526.00 | 4,526.38 | 4,526.38 | 0.00 | 0.00 |
| Healthcare Associates Credit Union | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Healthcare Associates Credit Union | Secured | 6,999.78 | 6,999.78 | 6,999.78 | 1,575.91 | 74.85 |
| Healthlab | Unsecured | 374.08 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 1,325.00 | 1,325.84 | 1,325.84 | 0.00 | 0.00 |
| Illinois Collection Service/ICS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 317.26 | 317.26 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 7,874.00 | 6,833.09 | 6,833.09 | 1,726.35 | 0.00 |
| KLR Inc. d.b.a. The RV Doc | Unsecured | 370.56 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MacNeal Hospital | Unsecured | 15.25 | NA | NA | 0.00 | 0.00 |
| Nationwide | Unsecured | 374.08 | NA | NA | 0.00 | 0.00 |
| Peoples Gas | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 775.71 | 929.68 | 929.68 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 651.00 | 651.85 | 651.85 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 1,054.00 | 1,054.84 | 1,054.84 | 0.00 | 0.00 |
| Syncb/gap | Unsecured | 929.00 | NA | NA | 0.00 | 0.00 |
| TD Auto Finance | Secured | 17,873.79 | 17,873.79 | 17,873.73 | 2,439.20 | 275.60 |
| TD Auto Finance | Unsecured | NA | 0.06 | 0.06 | 0.00 | 0.00 |
| The Bureaus Inc | Unsecured | 39.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 1,750.00 | 1,750.00 | 1,750.00 | 0.00 | 0.00 |
| US Bank | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| Village of North Riverside | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Bank | Secured | 187,272.00 | 181,331.03 | 181,331.03 | 0.00 | 0.00 |
| Wells Fargo Bank | Secured | 30,377.35 | 30,377.35 | 30,377.35 | 3,811.56 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $181,331.03 | $0.00 | $0.00 |
| Mortgage Arrearage | $30,377.35 | $3,811.56 | $0.00 |
| Debt Secured by Vehicle | $24,873.51 | $4,015.11 | $350.45 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$236,581.89** | **$7,826.67** | **$350.45** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $6,833.09 | $1,726.35 | $0.00 |
| **TOTAL PRIORITY:** | **$6,833.09** | **$1,726.35** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$21,533.38** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,489.25 |
| Disbursements to Creditors | $9,903.47 |
| **TOTAL DISBURSEMENTS:** | **$14,392.72** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 05/31/2016      By: /s/ Marilyn O. Marshall
                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**